MERCHANTS NATIONAL BANK, Respondent, vs. LYNCH and another, Appellants.

*May 2—May 23, 1916.*

*Charles A. Stickney Co. v. Lynch, ante,* p. 353, followed.

APPEAL from a judgment of the circuit court for St. Croix county: GEORGE THOMPSON, Circuit Judge. *Affirmed.*

Action to recover on a $318 promissory note alleged to have been made by defendants January 24, 1913, payable to the order of Charles A. Stickney Company, a Minnesota corporation, on or before January 24, 1915, and before maturity, for value, assigned to plaintiff. The complaint was in the usual form. The note was given under the same circumstances as the one sued on in the case of *Charles A. Stickney Co. v. Lynch, ante,* p. 353, 158 N. W. 85, and is the second note mentioned in the pleadings in such case. The defendants an-

swered, putting in issue the alleged ownership of the note and otherwise substantially, as in the *Stickney Case*, and, in addition, alleging that the Stickney Company, after defendants returned the property represented by said note, and upon their demand, agreed to return the particular note; but later refused to do so, that the note is without consideration and should be delivered up to be canceled; and demanded judgment dismissing the complaint with costs.

The court found the facts as in the *Stickney Case* and, in addition, that plaintiff became owner of the note for value before due, as alleged in the complaint. Judgment was rendered accordingly.

For the appellants there was a brief by *McNally & Doar*, and oral argument by *W. F. McNally* and *W. T. Doar*.

*Spencer Haven*, for the respondent.

MARSHALL, J. This case is ruled in respondent's favor by the result in the case of *Charles A. Stickney Co. v. Lynch, ante*, p. 353, 158 N. W. 85.

*By the Court.*—Judgment affirmed.